In the Matter of Supplementary Proceedings: EDWARD J. SHUMWAY v. WAYNE W. WILSON, as Trustee for JULES RATZKOWSKI.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY ROCHE v. WILLIAM B. LAWSON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN FILA, as Administrator, etc., of EDWIN FILA, Deceased, v. FRIEDS SERVICE GARAGE, INC.— Motion granted, unless defendants file the undertakings required by sections 591 and 593 of the Civil Practice Act within ten days from service of order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MAX ARNOWITZ for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CAMP MANUFACTURING CORPORATION v. STAR DISCOUNT CORPORATION.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE DEGESO.— Motion granted and appellant's time in which to file the case on appeal extended to August 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

A. WIMPFHEIMER & BRO., INC., v. GORDON & COHEN, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOROTHY S. B. COUNSELMAN v. CHARLES COUNSELMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application to Discharge an Amended Mechanic's Lien Filed by JAMES A. HENDERSON BUILDER, INC., v. PREMISES AT THE SOUTHWEST CORNER OF 172D STREET AND METCALFE AVENUE, BOROUGH OF THE BRONX, YUNI BROS. REALTY CO., INC., Alleged Owner.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD PURTELL v. ROBERT BARR, the Warden of the City Prison.— Motion granted, and order of this court entered on the 14th day of April, 1927, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM A. RUBINFIELD v. GEORGE WRIGHT.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEANNETTE T. ALDRICH v. SHERWOOD ALDRICH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PAUL GALIBERT v. ARTHUR H. SAWYER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for stay granted upon defendant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABRAHAM GELMAN v. RICHARD J. WALSH and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of LAWRENCE P. MINGEY to Vacate an Order